FILED ___ ENTERED
LODGED ___ RECEIVED
FEB 5 2026
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Darrell Dominick Rich

10-18-1988 / #353791

720 Bosley Ave, Towson

Maryland 21204

_(Full name, date of birth, identification #, address of petitioner)_
Plaintiff,

v.

Primecare Medical, Inc.

Baltimore County Detention Center

720 Bosley Ave, Towson

Maryland 21204

_(Full name and address of respondent)_
Defendant(s).

Case No.: _____
_(Leave blank. To be filled in by Court.)_

## COMPLAINT

I. Previous Lawsuits

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☑

  B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

    Plaintiff: _____

    Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

    _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

## II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑    NO ☐

1. If you answered YES:

   a. What was the result? I was told By Intra Department S. Verch, A.M, Thanks for Bringing my issue to there attention. and they will give out classes on how to give out Medications.

   b. Did you appeal? This Jail don't give you a option Because they have 200 forms

   YES ☐    NO ☑

2. If you answered NO to either of the questions above, explain why: This jail is a private jail, They don't have grievance, they have 200 complaint forms in which I filed one. 200 forms are this jail grievance.

## III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 12-19-2025 and 12-20-2025 I was given the wrong medication (Bupamorphine) while on Nattroxon By Primecare Nurse Ms lee, Around 12pm, on 2-T. I Became Very Sick by taking these Medications at the same time. They are two medication that are not suppose to Mix. I told my teir officer I needed to see the Nurse and I was told to put in sick call. I was seen days later on Dec 27, 2025. I was never Suppose or approved to take Bupamorphine. After taking the medication my Body

(Attach 1 Sheet of paper for extra space) Behind this Page.

Continued from Statement of Claim (7 of 13)

was feeling very abnormal. I was sweating, shaking My musles were very Jumpy I couldn't relax at one point I thought I might die. All this happen on 2-T inside 115 Dorm 3, around 1130 pm. I'm still mentally shaken. I still have musle Twitches from time to time, I get head achs Alot and I still can't get No good sleep ever since I was mistakly given the wrong Medication Ms. Lee gave me the Medication twice on Dec. 19 2025 and Dec. 20, 2025 It's about 8 camras on 2-T where the Mistake happened.

IV. Relief
(State briefly what you want the Court to do for you.)

I want the Court to grant me $90,000 for what I went through and is still going through. Pain and suffing.

SIGNED THIS __1th__ day of __Feb_____, 2026.

*Darrell Rich*
Signature of Plaintiff

Darrell Rich
Printed Name

720 Bosley Ave, Towson Md 21204
Address

410 241 0836
Telephone Number

Darrellrichlife@gmail.com
Email Address

Instructions&Form1983 (09/2019)